# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DARIUS L. GAMBLE, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:21-cv-00762-JHE |
| SPIRE ALABAMA, INC., | ) |
| Defendant. | ) |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to dismissal of this action. (Doc. 16).

Therefore, at the direction of the Honorable John H. England, III, this case is closed.

DATED: January 14, 2022

SHARON N. HARRIS, CLERK

By:__Angela Day_____
     Deputy Clerk